UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
FORT SMITH DIVISION

UNITED STATES OF AMERICA                                                                    PLAINTIFF

v.                                    CASE NO. 2:24-CR-20007-001

KATE ELAINA PORTER                                                                          DEFENDANT

## ORDER

The Court ADOPTS the report and recommendation (Doc. 9) entered in this case and accepts Defendant's plea of guilty to Count 1 of the information. The Defendant is hereby adjudged GUILTY of the offense.

IT IS SO ORDERED this 16th day of April, 2024.

/s/ P. K. Holmes III
P.K. HOLMES III
U.S. DISTRICT JUDGE